# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**
William Ervin } **Case No: 18-72072-JHH13**
SSN: XXX-XX-1520 }
DEBTOR(S). }
}
}

## COURTROOM DEPUTY NOTES

| | |
|---|---|
| **Matter(s):** | RE: Doc #49; Motion for Relief from Stay and Co-Debtor Stay (Rosemary Ervin) Filed by U.S. Bank Trust, N.A. As Trustee of Bungalow Series F Trust |
| **Date and Time:** | Thursday, October 17, 2019 01:30 PM |
| **Appearances:** | Mark A. Baker, attorney for U.S. Bank Trust, N.A. As Trustee of Bungalow Series F Trust (telephonic appearance)<br>Samuel L Sullivan Jr, attorney for William Ervin (Debtor)<br>Josh Johnson, Staff Attorney for Trustee |
| **Courtroom Deputy:** | Kim Martin |
| **Presiding Judge:** | JENNIFER H. HENDERSON |
| **Court Notes:** | Settled - Mark Baker to submit a proposed order. |

Date Prepared:10/18/2019