UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:  CASE NO: 18-72072-JHH-13
    WILLIAM ERVIN  CHAPTER 13
        DEBTOR.

| | | |
|---|---|---|
| US BANK TRUST NATIONAL ASSOCIATION | Claim Amount | $9,872.24 |
| C/O BSI FINANCIAL SERVICES | Date Filed | March 23, 2020 |
| 1425 GREENWAY DRIVE, STE 400 | Claim # | 004 |
| IRVING, TX 75038 | | |

## TRUSTEE'S OBJECTION TO CLAIM

    Comes now C. David Cottingham, Standing Trustee, and objects to the above claim and assigns the following ground:

    Said claim is untimely filed and therefore should be disallowed.

    /s/ C. David Cottingham

This the 26th day of March, 2020.

    C. David Cottingham, Standing Trustee

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Objection upon the Attorney for the Debtor, Debtor, and the following parties by mailing a copy of the same with adequate postage thereon or by electronic means when available:

WILLIAM ERVIN, 405 SHERWOOD DRIVE, JASPER, AL 35501
SAM L. SULLIVAN JR., PO BOX 2707, JASPER, AL 35502
US BANK TRUST NATIONAL ASSOCIATION, C/O BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, STE 400, IRVING, TX 75038

This the 26th day of March, 2020.    /s/ C. David Cottingham
    C. David Cottingham, Standing Trustee

CDC/dj